HARBOR TANK STORAGE CO., INC., PLAINTIFF-PETITIONER, v. ANTHONY DeANGELIS, DEFENDANT-RESPONDENT.

See same case below: 85 *N. J. Super.* 92.

*Mr. Joseph M. Nolan* and *Mr. Jerome M. Lynes* for the petitioner.

*Messrs. Van Riper & Belmont* and *Mr. Frederic C. Ritger, Jr.* for the respondent.

January 7, 1965. Granted.

IVAN BOGERT, *ET AL.*, PLAINTIFFS-PETITIONERS, v. ZONING BOARD OF ADJUSTMENT OF THE TOWNSHIP OF TEANECK, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Hein, Smith & Mooney* and *Mr. Joseph J. MacDonald* for the petitioners.

*Mr. Joseph A. Fitzpatrick* for the respondents.

January 7, 1965. Denied.